IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:   CASE NO: 17-70027
ROBERT LEROY WRIGHT   HEARING DATE: August 16, 2017
EMMA POLK WRIGHT   HEARING TIME: 10:00 am
1346 Carolina
Graham, TX  76450

DEBTORY ATTORNEY: LEE LAW FIRM PLLC

## TRUSTEE'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Date: July 10, 2017

Pursuant to 11 U.S.C. 1329, the Standing Chapter 13 Trustee requests the following Modification of Debtor (s) confirmed Plan herein

**I**
**History of the Case**

1. Date Case Filed: 01/31/2017
2. Date of Section 341 Meeting: March 06, 2017
3. Date of Confirmation: January 01, 1900
4. First Payment Date: March 02, 2017
5. Total Plan Term Prior to this Modification .60

**II**
**Modification Requested**

Trustee has received $169.00 of Debtors' 2016 tax refund for the benefit of unsecured creditors . Plan base is raised from $22,950.00 to $23,119.00.

**III**
**Reason for Modification**

Debtor(s) 2016 tax return shows that Debtor(s) received a tax refund of $2,169.00 of which $0.00 is due to Trustee per General Order 2016-01 for the benefit of unsecured creditors. Debtor(s) still owe Trustee $0.00 of said refund. Modification is requested to raise Debtor(s) payment and/or base amount in order to pay Trustee said tax refund.

Respectfully Submitted,

/s/ Robert B. Wilson
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee
Marc McBeath, Bar # 13328600
Staff Attorney

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 17-70027 |
| ROBERT LEROY WRIGHT | HEARING DATE: August 16, 2017 |
| EMMA POLK WRIGHT | HEARING TIME: 10:00 am |
| A/K/A: | A/K/A 2: EMMA MARGARET WRIGHT |
| DIB/A: | DIB/A 2: |

### NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

### NOTICE OF HEARING

On August 16, 2017, which is at least twenty-eight (28) days from the date of service hereof, at 10:00 am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

| | |
|---|---|
| **FOR LIVE COURT** | **FOR VIDEO COURT** |
| US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH & LAMAR STREETS | 10TH AND LAMAR STREETS |
| WICHITA FALLS, TX  76301 | WICHITA FALLS, TX  76301 |

Creditors are not required to attend unless they have objections to the Modification .

### NOTICE OF PRE-HEARING CONFERENCE

A **PRE-HEARING CONFERENCE** will be held at the location below on 08/16/2017 at  8:30 am . Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**US COURTHOUSE ROOM 208**
**10TH AND LAMAR STREETS**
**WICHITA FALLS, TX  76301**

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated 07/10/2017 , **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "**Objection to Modification**" should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY COURT**
**1100 COMMERCE ST STE 1254**
**DALLAS, TX  75242**

 /s/ Robert B. Wilson
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee
Marc McBeath, Bar # 13328600
Staff Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Trustee's Modification of Plan after Confirmation and Notice of Hearing was this date served on the above named debtor(s) and the following parties electronically or at the addresses listed below by U.S. First Class mail:

21ST MORTGAGE CORP, PO BOX 477, KNOXVILLE, TN 37901

21st Mortgage, 620 Market St. Ste. 100, Knoxville, TN 37902

AMERICAN EXPRESS CENTURION BANK, C/O BECKET & LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701

AMERICAN INFOSOURCE LP, VERIZON, PO BOX 248838, OKLAHOMA CITY, OK 73124-8838

BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94533

BK OF AMER, PO BOX 982235, EL PASO, TX 79998

BMO HARRIS BANK NA, ATTN LITIGATION DEPARTMENT, PO BOX 3040, CEDAR RAPIDS, IA 52404

BMO HARRIS BANK NA, PO BOX 71951, CHICAGO, IL 60694-1951

Chase Cardmember Services, Po Box 94014, PALATINE, IL 60094

Ciera Bank, 623 Elm St, Graham, TX 76450

Colonial Savings & Loan, P.O. Box 2988, Fort Worth, TX 76113

COLONIAL SAVINGS FA, 2626 WEST FREEWAY #B, FORT WORTH, TX 76102

Comenity Bank-Beals, P.O. Box 64, Jacksonville, TX 75766

DISCOVER BANK, DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054-3025

Graham Savings and Loan, 745 Elm St, Graham, TX 76450

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346

IRS, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346

JEANMARIE BAER, PERDUE BRANDON FIELDER COLLINS & MOTT, PO BOX 8188, WICHITA FALLS, TX 76307

LEE LAW FIRM PLLC, 8701 BEDFORD EULESS RD SUITE 510, HURST, TX 76053

Loves Travel Stops, 10601 North Pennsylvania, PO Box 26210, Oklahoma City, OK 73126

MACKIE WOLF ZIENTZ & MANN PC, PARKWAY OFFICE CENTER SUITE 900, 14160 NORTH DALLAS PARKWAY, DALLAS, TX 75254

MIDLAND CREDIT MANAGEMENT, AS AGENT FOR MIDLAND FUNDING, PO BOX 2011, WARREN, MI 48090

NISSAN MOTOR ACCEPTANCE, P.O. BOX 660366, DALLAS, TX 75266-0366

Nissan, POB 660366, Dallas, TX 75266-0366

Office of the Attorney General, Child Support Division, P.O. Box 12017, Austin, TX 78711-2017

Office of the Attorney General, Main Justice Building, Room 5111, 10th & Constitution Avenue, N.W., Washington, DC 20530

PRA RECEIVABLES MANAGEMENT, PORTFOLIO REC ASSOC, PO BOX 41067, NORFOLK, VA 23541

PRA RECEIVABLES MANAGEMENT, PORTFOLIO RECOVERY ASSOC, PO BOX 12914, NORFOLK, VA 23541

ROBERT LEROY WRIGHT, EMMA POLK WRIGHT, 1346 Carolina, Graham, TX 76450

SPRUCE LENDING, INC., 461 E HUNTER AVENUE, ANAHEIM, CA 92807

State Comptroller of Public Accounts, Revenue Accounting Division, Bankruptcy Section, P. O. Box 13528, Austin 78711

SUNTRUST BANK, SUPPORT SERVICES, ATTN BANKRUPTCY DEPARTMENT, PO BOX 85092, RICHMOND, VA 23286

SYNCB, P.O. Box 960061, Orlando, FL  32896

SYNCB-CARE CREDIT, PO BOX 965036, Orlando, FL  32896

SYNCB-Sams Club, P.O. Box 965005, Orlando, FL  32896

SYNCB-WALMART, PO BOX 965024, ORLANDO, FL  32896

SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA  23541

SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41031, NORFOLK, VA  23541

TD AUTO FINANCE LLC, PO BOX 16041, LEWISTON, ME  04243-9517

TD AUTO FINANCE LLC, PO BOX 551080, JACKSONVILLE, FL  32255

Texas Alcohol Beverage Commission, License and Permits Division, P. O. Box 13127, AUSTIN, TX  78711-3127

Texas Attorney Generals Office, Bankruptcy-Collections Division, P. O. Box 12548, Austin, TX  78711

Texas Workforce Commission, TEC Building-Bankruptcy, 101 East 15th Street, Austin, TX  78778

UNITED STATES ATTORNEY, 801 CHERRY STREET UNIT 4, FT WORTH, TX  76102-6882

United States Attorney, Office of the United States Attorney, 3rd Floor, 1100 Commerce Street, Dallas, TX  75242-1699

United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX  75242

United States Trustee, Office of the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX  75242-1699

US ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH ST & CONSTITUTION AVE, WASHINGTON, DC  20530

US Bank, P.O. Box 790490, St. Louis, MO  63179-0490

WELLS FARGO BANK NA, ATTN  REMITTANCE PROCESSING, PO BOX 14487, DES MOINES, IA  50306

WELLS FARGO BANK NA, PO BOX 10438, DES MOINES, IA  50306-0438

WFDillards, P.O. Box 14517, Des Moines, IA  50306

WILCOX LAW PLLC, PO BOX 201849, ARLINGTON, TX  76006

WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242

YOUNG COUNTY, PO BOX 337, GRAHAM, TX  76450

Dated: <u>July 10, 2017</u>

/s/ Robert B. Wilson
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee
Marc McBeath, Bar # 13328600
Staff Attorney