Robert B. Wilson
Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
(806)748-1980 Phone
(806)748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 17-70027 |
| ROBERT LEROY WRIGHT | HEARING DATE: 09/19/2018 |
| EMMA POLK WRIGHT | HEARING TIME: 10:00 am |

### TRUSTEE'S MOTION TO DISMISS

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2017-01 and would respectfully show unto to the Court as follows:

1. Debtors filed for relief under Chapter 13 of the Bankruptcy Code on January 31, 2017.

2. Debtors' Plan of Reorganization and Motion for Valuation has been confirmed.

3. Debtor(s) is in arrears of $1039.90 through 8/2/2018 in addition to any unpaid plan payment that comes due prior to entry of an order associated with this motion or it is withdrawn.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Marc McBeath

Marc McBeath, Bar # 13328600
Staff Attorney
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee

## IMPORTANT NOTICE

YOU ARE HEREBY NOTIFIED THAT PURSUANT TO 11 U.S.C. §102 YOU ARE GIVEN UNTIL 09/17/2018, TO FILE YOUR WRITTEN RESPONSE TO THIS MOTION WITH THE BANKRUPTCY CLERK, 1100 COMMERCE ST STE 1254, DALLAS, TX  75242.  IF NO WRITTEN OBJECTIONS ARE FILED BY THAT DATE, THE COURT MAY ACT UPON THE MATTER WITHOUT FURTHER NOTICE. IF A WRITTEN OBJECTION IS FILED, A HEARING WILL BE HELD 09/19/2018 AT 10:00 am AT THE FOLLOWING ADDRESS:

| FOR LIVE COURT: | FOR VIDEO COURT: |
|---|---|
| US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH & LAMAR STREETS | 10TH AND LAMAR STREETS |
| WICHITA FALLS, TX  76301 | WICHITA FALLS, TX  76301 |

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD ON 09/19/2018 AT  8:30 am THE FOLLOWING ADDRESS:

    PRE-HEARING CONFERENCE:
    US COURTHOUSE ROOM 208
    10TH AND LAMAR STREETS
    WICHITA FALLS, TX  76301

ALL PARTIES ARE REQUIRED TO ATTEND THE PRE-HEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing TRUSTEE'S MOTION TO DISMISS was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on August 24, 2018.

LEE LAW FIRM PLLC, 8701 BEDFORD EULESS RD  SUITE 510, HURST, TX  76053
MACKIE WOLF ZIENTZ & MANN PC, PARKWAY OFFICE CENTER SUITE 900, 14160 NORTH DALLAS PARKWAY, DALLAS, TX  75254
ROBERT LEROY WRIGHT, EMMA POLK WRIGHT, 1346 Carolina, Graham, TX  76450
WILCOX LAW PLLC, PO BOX 201849, ARLINGTON, TX  76006
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242

Date: 08/24/2018

/s/ Marc McBeath

Marc McBeath, Bar # 13328600
Staff Attorney
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee